In the Matter of Attorney-General v. Consolidated Gas Company.— Motion denied.

Harry M. Spence v. Albrecht V. Bode. Sigmund Gutfreund v. Standard Life Insurance Company. Benjamin Gerhardt v. Brooklyn Heights Railroad Company.— Applications for leave to appeal from Appellate Term denied, with ten dollars costs in each case.

Donald Mitchell v. Dunmore Realty Company.— Motion denied.

Louis Brown and Another v. Fannie Grossman and Another.— Motion granted. Settle order on notice.

Bankers' Money Order Association v. Friedrich Nachod and Another.— Motion granted.

Nelson A. McGill v. John F. Brady and Another.— Time extended within which the appellant may bring on appeal for argument to the June term. Unless the appeal is ready for argument at that time the appeal will stand dismissed.

National Gum and Mica Company and Others, Appellants, v. William A. MacCormack and Others, Respondents.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Thomas Gill, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Ranald H. Macdonald and Joseph F. Egan, Respondents, v. Howard Nott Potter and Ethel Potter, Appellants.— Judgment affirmed, with costs. No opinion.

Jesse Stearns, as Trustee, etc., of George S. Bell, a Bankrupt, Appellant, Respondent, v. Elizabeth T. Bell and Others, Respondents, Appellants.— Judgment affirmed, without costs. No opinion.

Theodore R. Martin, Respondent, v. Harry Heller and Ike Borodkin, Appellants.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Clarke, JJ., dissenting on the ground that plaintiff was guilty of contributory negligence.)

David Metzger, Plaintiff, v. Life Association of America and Others, Defendants.— Exceptions overruled and judgment ordered on verdict, with costs, on the authority of *McNeil* v. *Tenth National Bank* (46 N. Y. 325). Settle order on notice.

Freda Wystrach, as Administratrix, etc., of Vincent Wystrach, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion.

John W. Free, Appellant, v. New York City Railway Company, Respondent. — Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Archibald G. Montgomery, Respondent, v. New York City Railway Company, Impleaded with Peter L. Rafferty and John J. Rafferty, as Copartners, Doing Business under the Firm Name of Rafferty Brothers, Appellants.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Kate Bastianelli, Respondent, v. Supreme Council Catholic Benevolent Legion, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, J., dissenting.)